UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| LARRY DEAN ROLLINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:12-cv-00126-NT |
| NURSE HACKETT, et al | ) ) ) | |
| Defendants. | ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed September 30, 2012, the Recommended Decision is affirmed.

It is therefore ORDERED that:

1. The Recommended Decision of the Magistrate Judge is hereby ADOPTED.

2. The Defendants' motion to dismiss is GRANTED.

3. Lt. Bailey is TERMINATED as a defendant in this lawsuit.

/s/ Nancy Torresen
United States District Judge

Dated this 23rd day of October, 2012.