**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| LARRY DEAN ROLLINS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Docket no. 2:12-cv-00126-NT |
| | ) |
| NURSE PRACTITIONER | ) |
| LINDA WENTWORTH, et al, | ) |
| | ) |
| Defendants | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On April 18, 2013, the United States Magistrate Judge filed with the court, with copies to the parties, her Report and Recommended Decision. The time within which to file objections has expired and no objections have been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED.

It is further ORDERED, that:

1.  The Defendants' motion for summary judgment is GRANTED,

2.  The Plaintiff's cross-motions (including ECF No. 70) are DSIMISSED as moot, and

3.  The Plaintiff's claims against Crisis and Counseling Centers, Inc. are DISMISSED with prejudice.

SO ORDERED.


/s/ Nancy Torresen
United States District Judge

Dated this 18th day of July, 2013.